Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | NO. CR05-0316JLR |
| Plaintiff, ) ) | |
| v. ) ) | ORDER CONTINUING TRIAL |
| LUAL HABTAI, ) ) | |
| Defendant. ) ) | |

The Court having conducted a hearing on January 4, 2006, concerning scheduling in this case at which Government counsel, LUAL HABTAI, and HABTAI's counsel, Jesse Cantor, all were present:

THE COURT FINDS that, on November 23, 2005, HABTAI entered a guilty plea to a charge of Possession of Cocaine Base, in violation of 21 U.S.C. §844(a);

THE COURT FURTHER FINDS that HABTAI subsequently sought to withdraw that plea;

THE COURT FURTHER FINDS that the Court held a hearing on December 21, 2005, at which the Court permitted HABTAI to withdraw his plea of guilty and permitted HABTAI's then-counsel, Michael Martin, to withdraw from the case;

THE COURT FURTHER FINDS that the Court subsequently appointed Jesse Cantor to serve as counsel for HABTAI;

THE COURT FURTHER FINDS that Jesse Cantor represented at the hearing on January 4, 2006, that he requires at least 60 days to investigate this case and to prepare for trial;

SCHEDULING ORDER/HABTAI (CR05-0316JLR) - 1

1   THE COURT FURTHER FINDS that allowing Jesse Cantor that much time is
2   necessary to allow him adequate time to investigate and effectively to prepare for trial;
3   THE COURT FURTHER FINDS that Government counsel, Jesse Cantor, and
4   the Court all are available to try this case on March 21, 2006;
5   THE COURT FURTHER FINDS that HABTAI orally waived his right at the
6   hearing on January 4, 2006, to have a trial prior to March 21, 2006; and
7   THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that
8   the ends of justice served by continuing the trial in this case until March 21, 2006,
9   outweigh the interest of the public and of the defendant in a more speedy trial.
10  IT IS THEREFORE ORDERED that the trial in this case shall be continued until
11  March 21, 2006, and that the period of time from December 21, 2005, up to and
12  including March 21, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A);
13  and
14  IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this
15  case shall be February 21, 2006, and that responses to motions shall be due February
16  28, 2006.
17  DONE this 9th day of January, 2006.

s/James L. Robart
JAMES L. ROBART
United States District Judge

Presented by:                                   Fax:        (206) 553-0755
                                                E-mail: Andrew.Friedman@usdoj.gov
s/Andrew C. Friedman                                    Todd.Greenberg@usdoj.gov

ANDREW C. FRIEDMAN
Assistant United States Attorney

s/Todd Greenberg                                s/Jesse G. Cantor
                                                JESSE G. CANTOR
TODD GREENBERG                                  Counsel for Lual Habtai
Assistant United States Attorney
United States Attorney's Office                 811 First Avenue, Suite 200
700 Stewart Street, Suite 5220                  Seattle, Washington 98101
Seattle, Washington  98101-3903                 Telephone:   (206) 749-5600
Telephone:    (206) 553-7970                    Facsimile:   (206) 749-5800